UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MEB Loan Trust IV



**Order Filed on May 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Thomas L. Kenny,

Debtor.

Case No.: 17-21532 MBK

Adv. No.:

Hearing Date: 4/28/2020 @ 9:00 a.m..

Judge: Michael B. Kaplan

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 14, 2020**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

...

**(Page 2)**
Debtor:  Thomas L. Kenny
Case No:  17-21532 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MEB Loan Trust IV, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 10 Sunrise Circle, Holmdel, NJ, 07733, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Andrew Thomas Archer, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of April 30, 2020, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2018 through April 2020 for a total post-petition default of $4,636.26 (17 @ $273.39, less suspense balance of $11.37)

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $4,636.26 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the debtor will file a modified plan within twenty days of the entry of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume May 20, 2020, directly to Secured Creditor, Select Portfolio Servicing, Inc., P.O. Box 65450. Salt Lake City, UT 84165-0450 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 17-21532-MBK
Thomas L. Kenny                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 14, 2020
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2020.
db              +Thomas L. Kenny,    10 Sunrise Circle,    Holmdel, NJ 07733-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
      Albert    Russo     docs@russotrustee.com
      Andrew L. Spivack     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
       PARTICIPATION TRUST nj.bkecf@fedphe.com
      Andrew L. Spivack     on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
      Andrew Thomas Archer     on behalf of Debtor Thomas L. Kenny aarcher@spillerarcherlaw.com,
       bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
      Denise E. Carlon     on behalf of Creditor    MEB Loan Trust IV dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Laura M. Egerman     on behalf of Creditor    U.S. Bank Trust N.A. bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Michael Frederick Dingerdissen     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
       LSF8 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
      Nicholas V. Rogers     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
       PARTICIPATION TRUST nj.bkecf@fedphe.com
      Robert    Davidow     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
       PARTICIPATION TRUST nj.bkecf@fedphe.com
      Sherri Jennifer Smith     on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com,
       nj.bkecf@fedphe.com
      Sherri Jennifer Smith     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
       PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com,
       nj.bkecf@fedphe.com
      Sindi    Mncina     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
       PARTICIPATION TRUST smncina@rascrane.com
      Steven P. Kelly     on behalf of Creditor    BANK OF AMERICA, N.A. skelly@sterneisenberg.com,
       bkecf@sterneisenberg.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 14