Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−21532−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Thomas L. Kenny
    10 Sunrise Circle
    Holmdel, NJ 07733

Social Security No.:
    xxx−xx−2802

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/27/21 at 09:00 AM

to consider and act upon the following:

*114* − Creditor's Certification of Default (related document:95 Order (Generic)) filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Bungalow Series IV Trust. Objection deadline is 12/31/2020. (Attachments: # 1 Exhibit A. Entered Consent Order resolving MFR # 2 Proposed Order # 3 Certificate of Service) (Schwalb, Jonathan)

Dated: 12/30/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court