Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−21532−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas L. Kenny
   10 Sunrise Circle
   Holmdel, NJ 07733

Social Security No.:
   xxx−xx−2802

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 3, 2018.

On the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                March 24, 2021
Time:                 10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 22, 2021
JAN: pbf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 17-21532-MBK
Thomas L. Kenny                                                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3
Date Rcvd: Feb 22, 2021          Form ID: 185          Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas L. Kenny, 10 Sunrise Circle, Holmdel, NJ 07733-1115 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | U.S. Bank Trust N.A., Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 516866166 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517140674 | | BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516866164 | | Bank Of America, POB 31785, Tampa, FL 33631-3785 |
| 516866165 | + | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517291615 | + | Bank of America, Jenelle C. Arnold, 4375 Jutland Dr., Ste. 200, POB 17933, San Diego, CA 92177-7921 |
| 517022330 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516866169 | + | Caliber Home Loans, In, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 516866176 | | Citicorp TB Bank FSB, Credit Bureau Disputes, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516866177 | + | Daxuan Wang, 11 Walnut Street, Livingston, NJ 07039-2507 |
| 516866178 | + | Ditech, 345 St. Peter St., Saint Paul, MN 55102-1211 |
| 518585919 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518585920 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV 84119-3284 |
| 516866181 | + | Monmouth County Sheriff's Office, Attention Foreclosure Unit, 2500 Kozloski Road, Freehold, NJ 07728-4424 |
| 516910718 | + | Petro Inc. c/o, Mullooly Jeffrey Rooney Flynn, LLP, 6851 Jericho Tpke PO Box 9036, Syosset, NY 11791-9036 |
| 517819395 | + | U.S. BANK TRUST, N.A., AS TRUSTEE ET.AL., CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY OK 73134-2500 |
| 517104760 | + | U.S. Bank Trust N.A., Robertson, Anschutz & Schneid, PL, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517133112 | + | U.S. Bank Trust, N.A., P.O. Box 24330, Oklahoma City OK 73124-0330 |
| 517134900 | + | US Bank Trust, NA, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 517104448 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 22 2021 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 22 2021 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516866161 | + | Email/Text: bkrpt@retrievalmasters.com | Feb 22 2021 21:02:00 | AMCA/Amer Medical Collection Agency, 2269 S Saw Mill, Elmsford, NY 10523-3832 |

| Recip ID | | Notice Method | Date Sent | Name and Address |
|---|---|---|---|---|
| 516866160 | + | Email/Text: bkrpt@retrievalmasters.com Feb 22 2021 21:02:00 | | AMCA/Amer Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517064700 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 22 2021 22:01:09 | | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516866170 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com Feb 22 2021 22:00:11 | | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516866171 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com Feb 22 2021 22:00:11 | | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 517130823 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Feb 22 2021 22:02:00 | | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516866172 | | Email/PDF: ais.chase.ebn@americaninfosource.com Feb 22 2021 22:00:09 | | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516866173 | | Email/PDF: ais.chase.ebn@americaninfosource.com Feb 22 2021 22:00:09 | | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516866174 | | Email/PDF: ais.chase.ebn@americaninfosource.com Feb 22 2021 22:01:59 | | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 516866175 | | Email/PDF: ais.chase.ebn@americaninfosource.com Feb 22 2021 22:01:04 | | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 516866180 | + | Email/Text: PBNCNotifications@peritusservices.com Feb 22 2021 21:01:00 | | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 516866179 | + | Email/Text: PBNCNotifications@peritusservices.com Feb 22 2021 21:01:00 | | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518896780 | | Email/Text: bknotices@snsc.com Feb 22 2021 21:02:00 | | SN Servicing Corporation, 323 5th street, Eureka, CA 95501 |
| 518896781 | | Email/Text: bknotices@snsc.com Feb 22 2021 21:02:00 | | SN Servicing Corporation, 323 5th street, Eureka, CA 95501, SN Servicing Corporation, 323 5th street, Eureka, CA 95501 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516866167 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517575103 | *+ | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 516866162 | ##+ | Bank Of America, Nc4-102-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516866163 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516866168 | ##+ | Buckley Madole, 99 Wood Avenue South Suite 803, Iselin, NJ 08830-2713 |

TOTAL: 0 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 22, 2021 | Form ID: 185 | Total Noticed: 41 |

Date: Feb 24, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Albert Russo
docs@russotrustee.com

Andrew Thomas Archer
on behalf of Debtor Thomas L. Kenny aarcher@spillerarcherlaw.com
bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jonathan C. Schwalb
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Bungalow Series IV Trust bankruptcy@friedmanvartolo.com

Laura M. Egerman
on behalf of Creditor U.S. Bank Trust N.A. bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Michael Frederick Dingerdissen
on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com

Nicholas V. Rogers
on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com

Sindi Mncina
on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST smncina@raslg.com

Steven P. Kelly
on behalf of Creditor BANK OF AMERICA  N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10