Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                      Case No.: 17−21532−MBK
                                      Chapter: 13
                                      Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas L. Kenny
   10 Sunrise Circle
   Holmdel, NJ 07733

Social Security No.:
   xxx−xx−2802

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 11, 2021.

Dated: May 11, 2021
JAN: wir

                                                                                         Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Thomas L. Kenny  
    Debtor

Case No. 17-21532-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: May 11, 2021      Form ID: plncf13      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas L. Kenny, 10 Sunrise Circle, Holmdel, NJ 07733-1115 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | U.S. Bank Trust N.A., Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 516866166 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517140674 | | BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516866162 | + | Bank Of America, POB 31785, Tampa, FL 33631-3785 |
| 516866165 | + | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517291615 | + | Bank of America, Jenelle C. Arnold, 4375 Jutland Dr., Ste. 200, POB 17933, San Diego, CA 92177-7921 |
| 517022330 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516866169 | + | Caliber Home Loans, In, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 516866176 | | Citicorp TB Bank FSB, Credit Bureau Disputes, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516866177 | + | Daxuan Wang, 11 Walnut Street, Livingston, NJ 07039-2507 |
| 516866178 | + | Ditech, 345 St. Peter St., Saint Paul, MN 55102-1211 |
| 518585919 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518585920 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV 84119-3284 |
| 516866181 | + | Monmouth County Sheriff's Office, Attention Foreclosure Unit, 2500 Kozloski Road, Freehold, NJ 07728-4424 |
| 516910718 | + | Petro Inc. c/o, Mullooly Jeffrey Rooney Flynn, LLP, 6851 Jericho Tpke PO Box 9036, Syosset, NY 11791-9036 |
| 517819395 | + | U.S. BANK TRUST, N.A., AS TRUSTEE ET.AL., CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY OK 73134-2500 |
| 517104760 | + | U.S. Bank Trust N.A., Robertson, Anschutz & Schneid, PL, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517133112 | + | U.S. Bank Trust, N.A., P.O. Box 24330, Oklahoma City OK 73124-0330 |
| 517134900 | + | US Bank Trust, NA, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 517104448 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 11 2021 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 11 2021 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516866161 | + | Email/Text: bkrpt@retrievalmasters.com | May 11 2021 20:44:00 | AMCA/Amer Medical Collection Agency, 2269 S Saw Mill, Elmsford, NY 10523-3832 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2021 | Form ID: plncf13 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 516866160 | + | Email/Text: bkrpt@retrievalmasters.com | May 11 2021 20:44:00 | AMCA/Amer Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517064700 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2021 21:12:45 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516866170 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 11 2021 21:13:24 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516866171 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 11 2021 21:13:24 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 517130823 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 11 2021 21:11:50 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516866172 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 11 2021 21:13:21 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516866173 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 11 2021 21:11:48 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516866174 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 11 2021 21:11:48 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 516866175 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 11 2021 21:13:21 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 516866180 | + | Email/Text: PBNCNotifications@peritusservices.com | May 11 2021 20:43:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 516866179 | + | Email/Text: PBNCNotifications@peritusservices.com | May 11 2021 20:43:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518896780 | | Email/Text: bknotices@snsc.com | May 11 2021 20:45:00 | SN Servicing Corporation, 323 5th street, Eureka, CA 95501 |
| 518896781 | | Email/Text: bknotices@snsc.com | May 11 2021 20:45:00 | SN Servicing Corporation, 323 5th street, Eureka, CA 95501, SN Servicing Corporation, 323 5th street, Eureka, CA 95501 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516866167 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 516866163 | *+ | Bank Of America, POB 31785, Tampa, FL 33631-3785 |
| 516866164 | * | Bank Of America, POB 31785, Tampa, FL 33631-3785 |
| 517575103 | *+ | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 516866168 | ##+ | Buckley Madole, 99 Wood Avenue South Suite 803, Iselin, NJ 08830-2713 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Albert Russo
docs@russotrustee.com

Andrew Thomas Archer
on behalf of Debtor Thomas L. Kenny aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Douglas J. McDonough
on behalf of Creditor BANK OF AMERICA  N.A. DMcDonough@flwlaw.com

Jonathan C. Schwalb
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Bungalow Series IV Trust bankruptcy@friedmanvartolo.com

Laura M. Egerman
on behalf of Creditor U.S. Bank Trust N.A. bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Michael Frederick Dingerdissen
on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com

Nicholas V. Rogers
on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com

Sindi Mncina
on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST smncina@raslg.com

Steven P. Kelly
on behalf of Creditor BANK OF AMERICA  N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11