| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| Albert Russo <br> PO Box 4853 <br> Trenton, NJ  08650 <br> (609) 587-6888 <br> Standing Chapter 13 Trustee |
| In re: <br><br> Thomas L. Kenny <br><br><br> Debtor(s) |

Order Filed on September 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-21532 / MBK

Hearing Date: 09/08/2021

Judge: Michael B. Kaplan

Chapter:  13

# ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: September 8, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $17,928.50 paid to date

- Debtor(s) shall remit $588.00 per month to the Trustee for 34 months beginning 9/1/2021

- The debtor shall sign up for TFS payments within 10 days.

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.