UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esq.
BRENNER SPILLER & ARCHER
175 Richey Ave
Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor(s)
005272008

**Order Filed on October 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

　Thomas L. Kenny,

　　　　　　　Debtor.

| | |
|---|---|
| Case No.: | 17-21532 |
| Chapter: | 13 |
| Judge: | MBK |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

　　The relief set forth on the following page is **ORDERED**.

**DATED: October 19, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer, Esquire_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400.00_____ .  The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____602.00_____ per month for _____32_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                        Case No. 17-21532-MBK

Thomas L. Kenny                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                 Page 1 of 2

Date Rcvd: Oct 19, 2021                   Form ID: pdf903                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

**Recip ID              Recipient Name and Address**
db                   +  Thomas L. Kenny, 10 Sunrise Circle, Holmdel, NJ 07733-1115

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Oct 21, 2021                          Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:**

**Name                          Email Address**

Albert Russo
                              docs@russotrustee.com

Andrew Thomas Archer
                              on behalf of Debtor Thomas L. Kenny aarcher@spillerarcherlaw.com
                              bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Denise E. Carlon
                              on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Douglas J. McDonough
                              on behalf of Creditor BANK OF AMERICA  N.A. DMcDonough@flwlaw.com

Jonathan C. Schwalb
                              on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Bungalow
                              Series IV Trust bankruptcy@friedmanvartolo.com

District/off: 0312-3                                    User: admin                                          Page 2 of 2
Date Rcvd: Oct 19, 2021                                Form ID: pdf903                                 Total Noticed: 1

Jonathan C. Schwalb

      on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Lodge Series
III Trust bankruptcy@friedmanvartolo.com

Laura M. Egerman

      on behalf of Creditor U.S. Bank Trust N.A. bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Michael Frederick Dingerdissen

      on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST
nj.bkecf@fedphe.com

Nicholas V. Rogers

      on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST
nj.bkecf@fedphe.com

Sindi Mncina

      on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST
smncina@raslg.com

Steven P. Kelly

      on behalf of Creditor BANK OF AMERICA  N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12