UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on January 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
File No.: 03-019982-B00
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for BANK OF AMERICA, N.A., Secured Creditor

Case No.: **17-21532-MBK**

Chapter 13

Judge: Michael B. Kaplan

In Re:

Thomas L. Kenny

Debtor.

### ORDER VACATING STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY LOCATED AT 10 SUNRISE CIR, HOLMDEL, NJ 07733 AKA 10 SUNRISE CIR, HOLMDEL, MONMOUTH, NEW JERSEY 07733

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: January 18, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2 of 3)

Debtor: Thomas L. Kenny
Case No.: **17-21532-MBK**
Caption of Order: **Order Vacating Stay and Co-Debtor Stay As To Real Property Located at 10 Sunrise Cir, Holmdel, NJ 07733 aka 10 Sunrise Cir, Holmdel, Monmouth, New Jersey 07733**

Upon the motion of BANK OF AMERICA, N.A. (the "Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay and relief from the Co-Debtor stay under Bankruptcy Code section 1301 as to certain real property located at 10 Sunrise Cir, Holmdel, NJ 07733 aka 10 Sunrise Cir, Holmdel, Monmouth, New Jersey 07733, (the "Subject Property"), and for cause shown, it is ORDERED:

1. That the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the Movant's rights in the real property located at:

    10 Sunrise Cir, Holmdel, NJ 07733
    aka
    10 Sunrise Cir, Holmdel, Monmouth, New Jersey 07733

2. That the Movant may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

3. That this Order shall survive the conversion of this case to any other chapter of the Bankruptcy Code and remain in full force and effect.

4. That the Movant shall serve this order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

5. That the fourteen (14) day stay of this order imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived, and stay relief is effective as of the date of this Order.

(Page 3 of 3)

Debtor: Thomas L. Kenny
Case No.: **17-21532-MBK**
Caption of Order: **Order Vacating Stay and Co-Debtor Stay As To Real Property Located at 10 Sunrise Cir, Holmdel, NJ 07733 aka 10 Sunrise Cir, Holmdel, Monmouth, New Jersey 07733**

---

6. That the co-debtor stay under 11 U.S.C. § 1301 is vacated as to the co-debtor(s), Kathleen M Kenny, to permit BANK OF AMERICA, N.A. to pursue its rights in the Subject Property described above as to the co-debtor(s).