UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on January 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
File No.: 03-019982-B00
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for BANK OF AMERICA, N.A., Secured Creditor

Case No.: **17-21532-MBK**

Chapter 13

Judge: Michael B. Kaplan

In Re:

Thomas L. Kenny

Debtor.

## ORDER VACATING STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY LOCATED AT 10 SUNRISE CIR, HOLMDEL, NJ 07733 AKA 10 SUNRISE CIR, HOLMDEL, MONMOUTH, NEW JERSEY 07733

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: January 18, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2 of 3)

Debtor: Thomas L. Kenny
Case No.: **17-21532-MBK**
Caption of Order: **Order Vacating Stay and Co-Debtor Stay As To Real Property Located at 10 Sunrise Cir, Holmdel, NJ 07733 aka 10 Sunrise Cir, Holmdel, Monmouth, New Jersey 07733**

Upon the motion of BANK OF AMERICA, N.A. (the "Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay and relief from the Co-Debtor stay under Bankruptcy Code section 1301 as to certain real property located at 10 Sunrise Cir, Holmdel, NJ 07733 aka 10 Sunrise Cir, Holmdel, Monmouth, New Jersey 07733, (the "Subject Property"), and for cause shown, it is ORDERED:

1. That the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the Movant's rights in the real property located at:

    10 Sunrise Cir, Holmdel, NJ 07733
    aka
    10 Sunrise Cir, Holmdel, Monmouth, New Jersey 07733

2. That the Movant may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

3. That this Order shall survive the conversion of this case to any other chapter of the Bankruptcy Code and remain in full force and effect.

4. That the Movant shall serve this order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

5. That the fourteen (14) day stay of this order imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived, and stay relief is effective as of the date of this Order.

(Page 3 of 3)

Debtor: Thomas L. Kenny
Case No.: **17-21532-MBK**
Caption of Order: **Order Vacating Stay and Co-Debtor Stay As To Real Property Located at 10 Sunrise Cir, Holmdel, NJ 07733 aka 10 Sunrise Cir, Holmdel, Monmouth, New Jersey 07733**

6. That the co-debtor stay under 11 U.S.C. § 1301 is vacated as to the co-debtor(s), Kathleen M Kenny, to permit BANK OF AMERICA, N.A. to pursue its rights in the Subject Property described above as to the co-debtor(s).

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-21532-MBK
Thomas L. Kenny                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                    Page 1 of 2
Date Rcvd: Jan 18, 2022        Form ID: pdf903                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

**Recip ID           Recipient Name and Address**
db             +    Thomas L. Kenny, 10 Sunrise Circle, Holmdel, NJ 07733-1115

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2022                  Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:**

**Name**                    **Email Address**
Albert Russo
                            docs@russotrustee.com

Andrew Thomas Archer
                            on behalf of Debtor Thomas L. Kenny aarcher@spillerarcherlaw.com
                            bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Denise E. Carlon
                            on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Douglas J. McDonough
                            on behalf of Creditor BANK OF AMERICA  N.A. DMcDonough@flwlaw.com

Jonathan C. Schwalb
                            on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Bungalow
                            Series IV Trust bankruptcy@friedmanvartolo.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 18, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Jonathan C. Schwalb
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Lodge Series III Trust bankruptcy@friedmanvartolo.com

Laura M. Egerman
    on behalf of Creditor U.S. Bank Trust N.A. bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Michael Frederick Dingerdissen
    on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com

Sindi Mncina
    on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST smncina@raslg.com

Steven P. Kelly
    on behalf of Creditor BANK OF AMERICA N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12