Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  17−21532−MBK
                        Chapter:  13
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas L. Kenny
   10 Sunrise Circle
   Holmdel, NJ 07733

Social Security No.:
   xxx−xx−2802

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/13/22.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 13, 2022
JAN: dmi

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Thomas L. Kenny  
    Debtor

Case No. 17-21532-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Apr 13, 2022      Form ID: 148      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas L. Kenny, 10 Sunrise Circle, Holmdel, NJ 07733-1115 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517291615 | + | Bank of America, Jenelle C. Arnold, 4375 Jutland Dr., Ste. 200, POB 17933, San Diego, CA 92177-7921 |
| 516866176 | | Citicorp TB Bank FSB, Credit Bureau Disputes, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516866177 | + | Daxuan Wang, 11 Walnut Street, Livingston, NJ 07039-2507 |
| 516866178 | + | Ditech, 345 St. Peter St., Saint Paul, MN 55102-1211 |
| 518585919 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518585920 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV 84119-3284 |
| 516866181 | + | Monmouth County Sheriff's Office, Attention Foreclosure Unit, 2500 Kozloski Road, Freehold, NJ 07728-4424 |
| 516910718 | + | Petro Inc. c/o, Mullooly Jeffrey Rooney Flynn, LLP, 6851 Jericho Tpke PO Box 9036, Syosset, NY 11791-9036 |
| 517819395 | + | U.S. BANK TRUST, N.A., AS TRUSTEE ET.AL., CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY OK 73134-2500 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 13 2022 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 13 2022 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 13 2022 20:20:00 | U.S. Bank Trust N.A., Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 516866161 | + | EDI: RMCB.COM | Apr 14 2022 00:23:00 | AMCA/Amer Medical Collection Agency, 2269 S Saw Mill, Elmsford, NY 10523-3832 |
| 516866160 | + | EDI: RMCB.COM | Apr 14 2022 00:23:00 | AMCA/Amer Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517064700 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2022 20:25:21 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517140674 | | EDI: BANKAMER.COM | Apr 14 2022 00:23:00 | BANK OF AMERICA, N.A., PO BOX 31785, |

| District/off: 0312-3 | User: admin | | Page 2 of 4 |
|---|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: 148 | | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | Tampa, FL 33631-3785 |
| 516866166 | + EDI: BANKAMER.COM | Apr 14 2022 00:23:00 | | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 516866165 | + EDI: BANKAMER.COM | Apr 14 2022 00:23:00 | | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 516866162 | + EDI: BANKAMER.COM | Apr 14 2022 00:23:00 | | Bank Of America, POB 31785, Tampa, FL 33631-3785 |
| 517022330 | + EDI: BANKAMER2.COM | Apr 14 2022 00:23:00 | | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516866169 | + Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 13 2022 20:21:00 | | Caliber Home Loans, In, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 516866170 | + EDI: CAPITALONE.COM | Apr 14 2022 00:23:00 | | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516866171 | + EDI: CAPITALONE.COM | Apr 14 2022 00:23:00 | | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 517130823 | EDI: CAPITALONE.COM | Apr 14 2022 00:23:00 | | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516866172 | EDI: JPMORGANCHASE | Apr 14 2022 00:23:00 | | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516866173 | EDI: JPMORGANCHASE | Apr 14 2022 00:23:00 | | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516866174 | EDI: JPMORGANCHASE | Apr 14 2022 00:23:00 | | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 516866175 | EDI: JPMORGANCHASE | Apr 14 2022 00:23:00 | | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 516866180 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 13 2022 20:20:00 | | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 516866179 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 13 2022 20:20:00 | | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518585920 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 13 2022 20:21:00 | | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV, 84119-3284 |
| 518585919 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 13 2022 20:21:00 | | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518896780 | Email/Text: bknotices@snsc.com | Apr 13 2022 20:21:00 | | SN Servicing Corporation, 323 5th street, Eureka, CA 95501 |
| 518896781 | Email/Text: bknotices@snsc.com | Apr 13 2022 20:21:00 | | SN Servicing Corporation, 323 5th street, Eureka, CA 95501, SN Servicing Corporation, 323 5th street, Eureka, CA 95501 |
| 517104760 | + Email/Text: RASEBN@raslg.com | Apr 13 2022 20:20:00 | | U.S. Bank Trust N.A., Robertson, Anschutz & Schneid, PL, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517133112 | + Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 13 2022 20:21:00 | | U.S. Bank Trust, N.A., P.O. Box 24330, Oklahoma City OK 73124-0330 |
| 517134900 | + Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 13 2022 20:21:00 | | US Bank Trust, NA, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 517104448 | Email/PDF: bncnotices@becket-lee.com | Apr 13 2022 20:25:27 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 29

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: 148 | Total Noticed: 42 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516866167 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 516866163 | *+ | Bank Of America, POB 31785, Tampa, FL 33631-3785 |
| 516866164 | * | Bank Of America, POB 31785, Tampa, FL 33631-3785 |
| 517575103 | *+ | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 516866168 | ##+ | Buckley Madole, 99 Wood Avenue South Suite 803, Iselin, NJ 08830-2713 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Thomas L. Kenny aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor BANK OF AMERICA  N.A. DMcDonough@flwlaw.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Bungalow Series IV Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Lodge Series III Trust bankruptcy@friedmanvartolo.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank Trust N.A. bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Michael Frederick Dingerdissen | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST smncina@raslg.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: 148 | Total Noticed: 42 |

Steven P. Kelly
    on behalf of Creditor BANK OF AMERICA N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13